UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**HAROLD JUSTIN HESTER**                                                                 **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 1:22-CV-80-GNS**

**SOUTHERN HEALTH PARTNERS** *et al.*                                                    **DEFENDANTS**

## ORDER

By prior Order (DN 6), the Court permitted Plaintiff to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915 and to pay the $350.00 filing fee in installments. However, after the issuance of that Order, Plaintiff submitted a notice of change of address indicating that he had been transferred to **WESTERN KENTUCKY CORRECTIONAL COMPLEX** (DN 15).

A review of the Court's records reveals that Plaintiff still owes **$350.00** for the filing fee for this action. Accordingly, **IT IS FURTHER ORDERED** as follows:

1. **WESTERN KENTUCKY CORRECTIONAL COMPLEX** shall collect from Plaintiff's prison trust account the **$350.00** balance of the filing fee by collecting monthly payments from the prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). Said payment shall be clearly identified by Plaintiff's name, Inmate Identification Number, and number assigned to this action.

2. The institution need not issue separate checks for individual plaintiffs. Payment may be forwarded by the institution in a single check for all plaintiffs in its custody. However, the institution <u>must</u> clearly delineate each prisoner, his case number, his Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the institution.

3. All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:

>Office of the Clerk
>United States District Court
>Western District of Kentucky
>601 West Broadway, Ste. 106
>Louisville, Kentucky 40202-2249

Date: November 8, 2022

ENTERED BY ORDER OF COURT:

CHIEF JUDGE GREG N. STIVERS
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK
s/ James J. Vilt, Jr.

cc: Plaintiff, *pro se*
Financial Section, USDC, WDKY
WKCC, ATTN: Inmate Accounts
4416.011