## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**HAROLD JUSTIN HESTER**                                        **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:22-CV-80-JHM**

**SOUTHERN HEALTH PARTNERS** *et al.*                          **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being

otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure

to prosecute pursuant to Fed. R. Civ. P. 41(b).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good

faith. *See* 28 U.S.C. § 1915(a)(3).

Date:  July 5, 2023

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:  Plaintiff, *pro se*
      Counsel of Record
4414.011