**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

HAROLD JUSTIN HESTER                                              PLAINTIFF

CIVIL ACTION NO. 1:22-CV-80-JHM

DEFENDANTS



RANDUM

his *pro se* 42 U.S.C. § 1983 prisoner civil-rights

umed the responsibility of keeping this Court

litigate his claims.  *See* LR 5.3(e) ("All pro se

of residential address . . . to the Clerk and to the

Failure to notify the Clerk of an address change

r other appropriate sanctions.").

the Court and mailed to Plaintiff at Western

record, was returned to the Court by the U.S.

Not Here" (DN 33).  Plaintiff apparently is no

s not advised the Court of a change of address.

ilings by the Defendants in this action can be

Procedure authorizes the involuntary dismissal

omply with an order of the court.  *See Jourdan*

. R. Civ. P. 41(b) recognizes the power of the

issal.").  Although federal courts afford *pro se*

al sophistication, such as formal pleading rules,